## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:09-cv-01799 (CKK) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The parties, by counsel, respectfully submit this Joint Status Report pursuant to the Court's Order entered on March 2, 2010.

1. This matter concerns a July 20, 2009 Freedom of Information Act ("FOIA") request, in which Plaintiff Judicial Watch requested the following documents from Defendant Department of Homeland Security:

    1. The new standardized Memorandum of Agreement used to enter into 287(g) partnerships, as announced by Secretary Napolitano on July 10, 2009;

    2. All new 287(g) agreements entered into with law enforcement agencies;

    3. All documents concerning the decision to standardize the Memorandum of Agreement and/or create new 287(g) agreements;

    4. Media Relations Plans concerning 287(g) agreements;

    5. Congressional Notification Plans concerning 287(g) agreements;

   6. Any documents containing information on the development of the Memorandum of Agreement;

   7. All email communications concerning the new 287(g) Memorandum of Agreement, including but not limited to communications between the following government officials:

- Department of Homeland Security Secretary Janet Napolitano
- Border Security Czar Alan Bersin
- Department of Homeland Security Spokesman Sean Smith
- Department of Homeland Security Chief of Staff for Policy Noah Kroloff
- Deputy Assistant Secretary for Policy Esther Olavarria
- Assistant Secretary for Immigration and Customs Enforcement John Morton
- Immigration and Customs Enforcement Chief of Staff Suzie Barr
- White House Director of Intergovernmental Affairs Cecilia Munoz

2. On January 12, 2010, the Court ordered Defendant to complete its search and produce responsive records to Plaintiff by February 15, 2010.

3. On February 19, 2010, Defendant produced 1,946 pages of responsive documents.[1] Defendant released 616 pages of responsive material in full, and 1,330 pages with redactions based on FOIA exemptions (b)(2), (b)(5), (b)(6), (b)(7)(C), and/or (b)(7)(E). Non-responsive information co-mingled with responsive information was also withheld. This disclosure constituted Defendant's complete response to Plaintiff's FOIA request.

---

[1] The parties agreed, in light of the federal government's closure due to snow, that production would occur on February 19, 2010.

4. Shortly after this production, Plaintiff indicated that it was satisfied with Defendant's production of responsive material. On March 1, 2010, the parties filed a Joint Status Report, informing the Court that Plaintiff's entitlement to attorney's fees and expenses was the only remaining issue to be resolved in this matter.

5. The parties are in the process of negotiating a reasonable fee award and do not expect to litigate this issue. The parties anticipate that they will reach a final agreement within 30 days.

6. The parties propose to update the Court on the status of their fee negotiations on or before April 15, 2010.

Dated: March 15, 2010

JUDICIAL WATCH, INC.

/s/ *James F. Peterson*
JAMES F. PETERSON
D.C. Bar No. 450171
Suite 700
501 School Street S.W.
Washington, DC 20024
Tel:   (202) 646-5172
Fax:   (202) 646-5199

Attorneys for Plaintiff

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Jessica B. Leinwand*
JESSICA B. LEINWAND
Trial Attorney (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C.  20530
Tel:  (202) 305-8628
Fax: (202) 616-8470
Email: Jessica.B.Leinwand@usdoj.gov

Attorneys for Defendant